UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELLE WILLIAMS, )
Mother and Next Friend of J.W., a Minor, )
    Plaintiff, )
    v. ) Civil Action No. 07-1261 (ESH)
DISTRICT OF COLUMBIA, )
A municipal corporation, )
    Defendant. )

**DEFENDANT'S ANSWER TO THE AMENDED COMPLAINT**

The Defendants, by counsel, here answer the Plaintiff's Amended Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

**INTRODUCTION**

1. The first paragraph is the Plaintiff's introduction and request for relief and does not require a response.

**JURISDICTION AND VENUE**

2. The allegations in paragraph 2 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

3. The Defendant admits the allegations in paragraph 3.

**PARTIES**

4. The Defendant admits the allegations in paragraph 4.

5. The Defendant admits the allegations in paragraph 5.

6. The Defendant admits the allegations in paragraph 6.

**FACTS**

7. The Defendant admits that the student attended Stanton for the 2006-2007 school year and that Stanton is his current placement, but lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining averments in paragraph 7.

8. The Defendant admits the allegations in paragraph 8.

9. The Defendant admits the allegations in paragraph 9.

10. The Defendant admits the allegations in paragraph 10.

11. The Defendant admits that the hearing officer found that the District of Columbia Public Schools received the last evaluation on December 20, 2006, but notes that this fact was in dispute at the hearing.

12. The Defendant admits the allegations in paragraph 12.

13. The Defendant denies the allegations in paragraph 13.

14. The Defendant denies the allegations in paragraph 14.

15. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 15.

16. The Defendant admits the allegations in paragraph 16.

17. The Defendant admits the allegations in paragraph 17.

18. The allegations in paragraph 18 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

19. The allegations in paragraph 19 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

20. The allegations in paragraph 20 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint alleges violations outside of applicable time limitations.

### THIRD AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff failed to exhaust her administrative remedies.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

                                  **/s/ Edward P. Taptich**
                                  EDWARD P. TAPTICH
                                  Chief, Equity Section 2
                                  Bar Number 012914

                                  **/s/ Eden I. Miller**
                                  EDEN I. MILLER
                                  Assistant Attorney General
                                  Bar Number 483802
                                  441 Fourth Street, N.W., Sixth Floor South
                                  Washington, D.C. 20001
                                  (202) 724-6614
                                  (202) 727-3625 (fax)
October 1, 2007                   E-mail: Eden.Miller@dc.gov