UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHELLE WILLIAMS,<br>Mother and Next Friend of J.W., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | **FILED**<br><br>OCT 1 1 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 07-1261 (ESH) |

### DEFENDANT'S PROPOSED SCHEDULING ORDER

Upon consideration of the October 4, 2007, proposed scheduling orders of both the Plaintiff and the Defendant, it is on this __1__ day of October, 2007, hereby:

**ORDERED,** that this case shall proceed with the following deadlines:

a. The Defendant shall file the administrative record no later than ~~December~~ November 3, 2007;

b. The Plaintiff shall file her motion for summary judgment no later than ~~January 10, 2008~~; December 3, 2007;

c. The Defendant shall file its opposition to the summary judgment motion and its cross-motion for summary judgment not later than ~~February 11, 2008~~; January 10, 2008;

d. The Plaintiff shall file her opposition to the cross-motion for summary judgment and her reply regarding her summary judgment motion no later than ~~February 28, 2008~~; and January 31, 2008

e. The Defendant shall file its reply regarding its summary judgment motion no later than ~~March 13, 2008~~. February 18, 2008

_____Ellen S Huvelle_____
United States District Judge Ellen S. Huvelle