**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHELLE WILLIAMS, ) <br> Mother and Next Friend of J.W., a Minor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> A municipal corporation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1261 (ESH) |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION**
**TO DISMISS AMENDED COMPLAINT AND REPLY**

On August 27, 2007, the Defendant filed a Motion to Dismiss the Amended

Complaint in the above captioned case.  The Defendant hereby withdraws that Motion, as

well as the Defendant's related September 17, 2007, Reply.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

2

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

October 23, 2007

2