UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1261 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's failure to file a motion for summary judgment on or before December 3, 2007, as required by the Scheduling Order entered in this case on October 11, 2007, it is hereby

**ORDERED** that by no later than December 14, 2007, plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 5, 2007