**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MICHELLE WILLIAMS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 07-1261** |
| **v.** | ) | **ESH** |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE AND STIPULATION OF DISMISSAL**

    The Parties hereby stipulate to dismissal of all claims.

Respectfully submitted,


/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
Email: tyrka@tyrkalaw.com


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914


**/s/ Eden I. Miller**
Eden I. Miller

Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
Phone: (202) 724-6614
Fax: (202) 727-3625
Email: Eden.Miller@dc.gov